**No.· 48527.**—Protest 95327–K of Chas. T. Smith, Inc. (New York).

Opinion by CLINE, J.   When the case was called for trial there was no appearance on the part of the plaintiff and the case was ordered submitted.   There being nothing in the record to overcome the presumption of correctness attaching to the collector's decision, the protest was overruled.

BEFORE THE SECOND DIVISION, JULY 9, 1943

**No. 48528.**—Protest 68568–K of Katz Berk Hat Body Corp. (New York).

Opinion by TILSON, J.   The record established that certain of the merchandise consists of hats and hoods composed of ramie and cellophane, similar to those involved in Abstract 47291, and in accordance therewith the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 48529.**—Protest 40405–K of T. A. Desmond & Co., Inc. (New York).

Opinion by TILSON, J.   The record showed that certain of the items consist of hats similar in all material respects to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218).   The claim at 25 percent under paragraph 1504 (b) (1) was therefore sustained.

**No. 48530.**—Protests 70694–K, etc., of American Straw Goods Co. et al. (New York).

Opinion by TILSON, J.   The record showed that certain of the items consist of hats in chief value of manila hemp similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218).   The claim at 25 percent under paragraph 1504 (b) (1) was therefore sustained.